# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **MORGAN FLETCHER SHIRLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:23-cv-00854-ACA-JHE |
| **LEE CARTER, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Morgan Fletcher Shirley filed a *pro se* complaint seeking monetary damages or injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 1). On April 2, 2024, the magistrate judge entered a report recommending the court dismiss Mr. Shirley's federal claims pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 8). The magistrate judge further recommended that the court dismiss Mr. Shirley's state-law claim pursuant to 28 U.S.C. § 1367(c)(3). (*Id.*). Although the magistrate judge advised Mr. Shirley of his right to file written objections within fourteen days, the court has not received any objections.

Mr. Shirley's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed

recommendation. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failing to state a claim upon which relief may be granted. Additionally, the court **WILL DISMISS** Mr. Shirley's state-law claim **WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

A final judgment will be entered.

**DONE** and **ORDERED** this May 7, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE